**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01607-LTB-MJW

EDWARD LUTZ, an individual,
        Plaintiff,
v.

PAK MAIL CENTERS OF AMERICA, INC., a Colorado corporation,
        Defendant/Counterclaimant,
and

PAK MAIL CENTERS OF AMERICA, INC., a Colorado corporation,
        Third-Party Plaintiff,
v.

TIM DONAHUE, an individual,
        Third-Party Defendant.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed March 7, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that all claims, counterclaims, and third-party claims existing between Plaintiff, Defendant, and Third-Party Defendant shall be **DISMISSED WITH  PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: March 8, 2006